```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

THE UNITED STATES OF AMERICA,

         - against -                        ORDER

ROBERT HERTULAR,                      24 Civ. 5824 (NRB)
                                      04 Cr. 009 (NRB)
              Defendant.

-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on July 22, 2024, Robert Hertular ("defendant") filed this motion seeking to vacate his judgment of conviction and sentence pursuant to 28 U.S.C. § 2255.  ECF No. 101;

WHEREAS, defendant has previously filed a motion pursuant to § 2255 challenging his judgment of conviction and sentence, which this Court denied on the merits.  ECF No. 84;

WHEREAS, defendant's present motion constitutes a "second or successive" application.  See Corrao v. U.S., 152 F.3d 188, 191 (2d Cir. 1998);

WHEREAS, before defendant may file a second or successive § 2255 motion in a district court, authorization from the appropriate court of appeals is required.  See 28 U.S.C. §§ 2244(b)(3)(A), 2255(h);

WHEREAS, defendant has not indicated that he has received authorization from a court of appeals to file this second or

successive § 2255 motion; it is hereby

**ORDERED** that because such § 2255 motions should be transferred to the appropriate court of appeals, Liriano v. United States, 95 F.3d 119, 122-23 (2d Cir. 1996), in the interest of justice, the Court transfers this second or successive § 2255 motion to the United States Court of Appeals for the Second Circuit, see 28 U.S.C. § 1631.


Dated:   August 13, 2024
         New York, New York

                                        NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE